No. 80–1725.  GOLDSTEIN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–1729.  MAZUR *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–1733.  OHL *v.* OHL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 80–1761.  DUPLER *v.* MANSFIELD JOURNAL Co.  Sup. Ct. Ohio.  Certiorari denied.

No. 80–1772.  ALTON & SOUTHERN RAILWAY Co. *v.* BUCHANAN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 80–1785.  A & B FREIGHT LINES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–1787.  BREWER ET UX. *v.* MEMPHIS PUBLISHING Co., INC.  C. A. 5th Cir.  Certiorari denied.

No. 80–1796.  HANTZIS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 80–1801.  OVERSEAS RALEIGH MANUFACTURING, LTD. *v.* PAN AMERICAN WORLD AIRWAYS, INC.  Ct. App. N. Y.  Certiorari denied.

No. 80–1803.  TEDESCO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–1807.  SANCHEZ, ADMINISTRATRIX *v.* LOFFLAND BROTHERS Co. ET AL.  C. A. 5th Cir.  Certiorari denied.